UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *



| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KAYCEE LYNN FRENCH ) <br> ) <br> Defendant. ) | 2:01-CR-0056-LDG-LRL |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#42), sentencing held on February 22, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA*
Amount of Restitution: $34,438.09
* Joint and several with Co-defendants Vannah and Simister in the amount of $23,128.09
   Joint and several with Co-defendant Vannah in the amount of $11,300.00

Name of Payee: FIRST USA BANK**
Amount of Restitution: $20,529.49
** Joint and several with Co-defendants Vannah and Simister in the amount of $10,038.77
   Joint and several with Co-defendant Vannah in the amount of $10,490.72

Name of Payee: AMERICAN EXPRESS\*\*\*
Amount of Restitution: $13,468.74
\*\*\* Joint and several with Co-defendant Vannah in the amount of $13,468.74

**Total Amount of Restitution ordered:  $68,436.32**

Dated this \_\_\_\_2\_\_\_\_ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE